# Exhibit 2

KELLER POSTMAN
CAMP LEJEUNE & SINGLE EVENT PERSONAL INJURY: SCOPE OF WORK

This Scope of Work ("<u>SOW</u>") is entered into and made effective as of July 27, 2023 ("SOW Effective Date") by and between Keller Postman LLC ("Principal") and PPC Squared Digital Marketing Inc. ("Service Provider") in relation and subject to that certain Agreement for Services, dated on the date hereof, by and between Principal and Service Provider.

## I. <u>SERVICES</u>

**<u>Services and Deliverables</u>.** Service Provider will provide the following services (the "Services") and deliverables (the "Deliverables") in connection with this SOW:

1. "Content Creation" – Write, design, illustrate, produce, edit, and deliver Principal's messaging (creative) to all media partners, including digital marketing, commercials to be broadcast, streaming content, banners and display elements, or other appropriate forms of Principal's custom messaging.
2. "Content Placement" – Purchase and verify impressions, displays, broadcasts, or other means used, as is usually performed by advertising agencies and audit invoices for space, time, material preparation, and services.
3. "Media Reporting and Reconciliation" – Work with all parties to maintain proper accounting and reporting on a weekly basis to keep all media outlets informed and accountable.
4. "Client Intake" – Contract with intake services center, if needed, to perform initial intake on potential clients, and assist with monitoring and advising on performance of intake process.

## II. <u>FEE STRUCTURE</u>

**<u>Fees</u>.** The total amount payable to Service Provider in full and final consideration for all of the Services and Deliverables under this SOW is:

1. Reimbursement of all documented, out-of-pocket costs of Service Provider in connection with Content Creation, Content Placement and Media Management, Media Reporting and Reconciliation, Client Intake, and Medical Records Confirmation (but, for clarity, not to exceed the Budgets then approved, in writing, by Principal).
2. A commission of 15% on Content Placement costs.

## IIIA. <u>CAMPAIGN DETAILS</u>

**Tort:** Camp Lejeune

**Services:** Content Creation, Content Placement, Media Reporting and Reconciliation, Client Intake, and Medical Records Confirmation and all services reasonably related, or ancillary to, the foregoing.

**Budget:** $250,000 (it being understood that Principal may, in its sole and absolute discretion, increase the Budget for Camp Lejeune from time to time by providing written notice to Service Provider).
**Payment:** $125,000 upon execution.

**Estimated Performance:** Service Provider estimates that it can perform the above services in a manner that results in performance of $1,500 per retainer of a presumptively qualified case satisfying Principal's intake criteria ("CAC"), inclusive of all Fees. Service Provider will provide Principal with at least weekly updates on the performance of the campaign. In the event that CAC is above the range estimated above, Principal shall have the option to terminate this SOW pursuant to Section IV hereof.

### IIIB. CAMPAIGN DETAILS

**Tort:** Single Event Personal Injury

**Services:** Content Creation, Content Placement, Media Reporting and Reconciliation, Client Intake, and Medical Records Confirmation and all services reasonably related, or ancillary to, the foregoing.

**Budget:** $50,000 (it being understood that Principal may, in its sole and absolute discretion, increase the Budget for Single Event Personal Injury from time to time by providing written notice to Service Provider)

**Payment:** $50,000 upon execution.

**Estimated Performance:** Service Provider estimates that it can perform the above services in a manner that results in performance of $2,000 per retainer of a presumptively qualified case satisfying Principal's intake criteria ("CAC"), inclusive of all Fees. Service Provider will provide Principal with weekly updates on the performance of the campaign. In the event that CAC is above the range estimated above, Principal shall have the option to terminate this SOW pursuant to Section IV hereof.

### IV. TERM

The Term of this SOW will be from the Effective Date through conclusion of campaign, unless terminated sooner by Principal or Service Provider by providing written notice to the other party. If Principal or Service Provider terminate this SOW, Principal will promptly receive a refund of any deposited amounts in relation to the campaign not then expended on Content Creation, Content Placement, Media Reporting and Reconciliation, Client Intake, and Medical Records Confirmation.

[*remainder of page intentionally left blank*]

BY SIGNING BELOW, BOTH PARTIES ACKNOWLEDGE THAT THEY HAVE READ THIS SCOPE OF WORK AND AGREE TO BE BOUND BY ITS TERMS AND CONDITIONS.

| **PPC Squared Digital Marketing Inc.** | **Keller Postman LLC** |
|---|---|
| **Signature:** *[signature]* | **Signature:** *DocuSigned by: Warren Postman — 62A48596A2EF400...* |
| **Name:** Jarred Johnson | **Name:** Warren Postman |
| **Address:**<br>142 5th Avenue, North #B<br>Franklin, TN 37064 | **Address:**<br>150 N Riverside Plaza, Suite 4100<br>Chicago, IL 60606 |