IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELLER POSTMAN LLC<br><br>Plaintiff,<br><br>-vs-<br><br>PPC SQUARED DIGITAL MARKETING, INC. and JARRED JOHNSON<br><br>Defendants. | Civil Action No.: 1:24-cv-2071-ACR<br><br>Hon. Ana C. Reyes |

### NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, Cheryl A. Feeley, Esquire, of the law firm Holland & Knight LLP, 800 17th Street, NW, Suite 1100, Washington, DC 20006, (202) 419-2440, hereby enters her appearance on behalf of Defendants PPC Squared Digital Marketing, Inc. and Jarred Johnson in the above-captioned matter.

DATED: October 21, 2024

Respectfully Submitted,

/s/ Cheryl A. Feeley
HOLLAND & KNIGHT LLP
Cheryl A. Feeley (D.C. Bar No. 491565)
800 17th Street NW, Suite 1100
Washington, D.C. 20006
Tel: (202) 955-3000
Fax: (202) 955-5564
Cheryl.Feeley@hklaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 21st day of October, 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

Dated: October 21, 2024                /s/ Cheryl A. Feeley
                                            Cheryl A. Feeley