IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELLER POSTMAN LLC**<br><br>　　　　Plaintiff,<br><br>　　　-vs-<br><br>**PPC SQUARED DIGITAL MARKETING, INC.**<br><br>**JARRED JOHNSON**<br><br>　　　　Defendants. | Civil Action No.: 24-cv-02071 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Keller Postman LLC hereby gives notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: January 15, 2025

Respectfully submitted,

/s/ *Roseann R. Romano*
Warren D. Postman (995083)
　wdp@kellerpostman.com
Roseann R. Romano (1034895)
　roseann.romano@kellerpostman.com
KELLER POSTMAN LLC
1101 Connecticut Avenue NW, Suite 1100
Washington, DC 20036
Phone: 202-378-0649

*Attorneys for Plaintiff*